UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| RONALD MOORE, et al, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 3:20-cv-17826-MAS-LHG |
| | : |
| BRIAD WENATE, LLC, | : |
| | : |
| Defendant. | : |
| _____ | : |

**NOTICE OF SETTLEMENT**

**COMES NOW** the Plaintiffs and with consent of Defendant, to inform the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of finalizing settlement and stipulated dismissal which they expect to have filed within the next 60 days.

Dated: March 5, 2021

Respectfully submitted,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
PO Box 279
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of March, 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC