UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| THE INDEPENDENCE PROJECT, et al, | : |
| Plaintiff, | : |
| v. | : Case No. 3:20-cv-17826-MAS-LHG |
| BRIAD WENATE, LLC, | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, THE INDEPENDENCE PROJECT, INC. and RONALD MOORE, and the Defendant, BRIAD WENATE, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

_____  
Jon G. Shadinger Jr., Esq.  
Shadinger Law, LLC  
160 Cumberland Avenue  
Estell Manor, NJ 08319  
(609) 319-5399 - Tel  
(314) 898-0458 - Fax  
js@shadingerlaw.com  
*Attorney for Plaintiffs*

_____ 3/5/2021  
Christine Klimczuk, Esq.  
Barry, McTiernan & Wedinger, P.C.  
10 Franklin Avenue  
Edison, NJ 08837  
(732) 738-5600 - Tel  
(732) 738-7518 - Fax  
cklimczuk@bmctwlaw.com  
*Attorney for Defendant*

Dated: 4/22/21