UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| THE INDEPENDENCE PROJECT, et al, | : |
| Plaintiff, | : |
| v. | : Case No. 3:20-cv-17826-MAS-LHG |
| BRIAD WENATE, LLC, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, THE INDEPENDENCE PROJECT, INC. and RONALD MOORE, and the Defendant, BRIAD WENATE, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

_____  
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
Estell Manor, NJ 08319
(609) 319-5399 - Tel
(314) 898-0458 - Fax
js@shadingerlaw.com
*Attorney for Plaintiffs*

_____ 3/5/2021  
Christine Klimczuk, Esq.
Barry, McTiernan & Wedinger, P.C.
10 Franklin Avenue
Edison, NJ 08837
(732) 738-5600 - Tel
(732) 738-7518 - Fax
cklimczuk@bmctwlaw.com
*Attorney for Defendant*

Dated: 4/22/21

So Ordered this 26th day of April, 2021.

_____
**Honorable Michael A. Shipp, U.S.D.J.**